UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

NATHAN DAVIS

CIVIL ACTION

NUMBER 08-154-FJP-DLD

### RULING

This matter is before the Court on the Motion in Limine to Exclude Improper Argument and Evidence.[1] Under Rule 404(a) of the Federal Rules of Evidence, the letters at issue do not address a character fact which is relevant to the violation set forth in the indictment.

The Court will also grant the Government's motion which would prevent the defendant's counsel from arguing juror nullification to the jury. Juror nullification is not a correct statement of the law. Such an argument would also encourage jurors to disregard their oath to base their verdict on the law and the evidence of the case. For counsel to argue juror nullification would allow his argument to overrule the Court's legal responsibility of instructing the jury of the law to be followed in reaching its verdict under the facts which the jury, as the judges of the facts,

---

[1] Rec. Doc. No. 7.

Doc#45906

finds them to be in the case.  Neither the Government nor the defendant may argue to the jury that it should consider the sentence which could be given in the event the defendant is found guilty.  Such an argument would also violate the Court's jury charge.

    IT IS SO ORDERED.

    Baton Rouge, Louisiana, this 20 day of March, 2009.

                                     FRANK J. POLOZOLA
                                     MIDDLE DISTRICT OF LOUISIANA

Doc#45906