UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

NATHAN DAVIS

CIVIL ACTION

NUMBER 08-154-FJP-DLD

## RULING

Without opposition from the United States, the motion in limine filed by the defendant Nathan Davis is granted.[1] The Court also finds the motion should be granted as a matter of law under the facts of this case.

IT IS SO ORDERED.

Baton Rouge, Louisiana, this **31** day of March, 2009.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. Nos. 40 and 51.

Doc#45929